# Court of Appeals
# of the State of Georgia

ATLANTA,  May 02, 2025

*The Court of Appeals hereby passes the following order:*

**A25E0104. WILSON v. WILSON.**

Upon consideration of Appellant's Emergency Motion, pursuant to Court of Appeals Rule 40 (b), the same is hereby DENIED.



*Court of Appeals of the State of Georgia*
   *Clerk's Office, Atlanta,  05/02/2025*
      *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
      *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ , *Clerk.*